IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| MARVIN L. GOREE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 02-1433-CO |
| v. | ) | |
| | ) | ORDER |
| JAMES BARTLETT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Magistrate Judge John P. Cooney filed Findings and Recommendation on August 22, 2005, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>,

1    - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Cooney's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Cooney's Findings and Recommendation filed August 22, 2005, in its entirety. The amended petition for writ of habeas corpus (#38) is denied and this case is dismissed.

IT IS SO ORDERED.

DATED this ___4th___ day of ___November___, 2005.


_____
UNITED STATES DISTRICT JUDGE